# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                                Case No. 6:21-cv-1372-RBD-GJK

MONICA GABBARD; CHRISTA
CONKLIN; CARMEN REYES; and
RAYMOND HORNSTEIN,

    Defendants.
_____

## ORDER

Plaintiff filed a *pro se* Complaint against judicial assistants and one public defender alleging, among other things, an illegal arrest, illegal retainment of property, and retaliation. (Doc. 1.) She also moved to proceed *in forma pauperis* ("IFP"). (Doc. 2 ("Motion").) On referral, U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation submitting that the Court dismiss the Complaint as unintelligible, illegible, and noncompliant with the Federal Rules of Civil Procedure. (Doc. 3 ("R&R").)

The parties did not object and the deadline has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 3) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. By **Wednesday, September 29, 2021**, Plaintiff may file an amended complaint correcting the deficiencies identified in the R&R and an amended motion to proceed *in forma pauperis*. Failure to timely file will result in this action being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro se* Plaintiff Lena Marie Lindberg