UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                                   Case No. 6:21-cv-1372-RBD-GJK

MONICA GABBARD; CHRISTA
CONKLIN; CARMEN REYES; and
RAYMOND HORNSTEIN,

    Defendants.
_____

## ORDER

Plaintiff filed a *pro se* Amended Complaint against judicial assistants and one public defender alleging, among other things, illegal arrest, illegal retainment of property, and retaliation. (Doc. 7.) She also moved to proceed *in forma pauperis*. (Doc. 8 ("Motion").) Given Plaintiff's pattern of filing frivolous documents, the Court previously required all filings by Plaintiff to be reviewed for frivolity. (Doc. 20.) So on referral, U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation submitting that the Court deny the Motion and dismiss the Amended Complaint with prejudice as unintelligible, illegible, and noncompliant with the Federal Rules of Civil Procedure. (Doc. 22, p. 3 ("R&R").)

The parties did not object and the deadline has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 22) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 8) is **DENIED**.

3. The Amended Complaint (Doc. 7) is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 18, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro se* Plaintiff Lena Marie Lindberg